1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MICHAEL A. EMERY

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:12-cr-00268 AWI-DLB
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; ORDER
13      v.                           )
                                     )   Date:    September 6, 2012
14  MICHAEL A. EMERY,                )   Time:    1:30 P.M.
                                     )   Judge:   Hon. Dennis L. Beck
15              Defendant.           )
    _____)
16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

19  set for August 23, 2012, **may be continued to September 6, 2012, at 1:30 P.M. before Magistrate**

20  **Beck.**

21         This continuance is requested by counsel for the defendant.  This is a Rule 20 matter, and the

22  parties have been advised that September 6, 2012, is the earliest date the transfer documents will be

23  available to the court and counsel.  The requested continuance will conserve time and resources for both

24  counsel and the court.  Assistant United States Attorney Yasin Mohammad has no objection to this

25  request.

26  ///

27  ///

28  ///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in

2    that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

3    speedy trial, including, but not limited to, the need for the period of time set forth herein for effective

4    defense preparation and continuing plea negotiation purposes.

5                                                              BENJAMIN B. WAGNER
                                                             United States Attorney
6

7    DATED:  August 21, 2012                 /s/  Yasin Mohammad
                                                             YASIN MOHAMMAD
8                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
9

10                                                           DANIEL J. BRODERICK
                                                             Federal Defender
11

12   DATED:  August 21, 2012                 /s/  Andras Farkas
                                                             ANDRAS FARKAS
13                                                           Assistant Federal Defender
                                                             Attorney for Defendant
14                                                           Michael A. Emery

15

16

17                                            **O R D E R**

18
         For the reasons set forth above, the continuance requested is granted for good cause.  The Court
19
     finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and
20
     time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).
21

22

23   IT IS SO ORDERED.

     **Dated:   August 22, 2012**                    /s/ Sheila K. Oberto
24                                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

     Stipulation To Continue Status Conference
     Hearing; [Proposed] Order                  2