BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00268-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| MICHAEL A. EMERY, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for dispositional hearing before Hon. Gary S. Austin on April 15, 2013 at 1:30 p.m.

    2.    By this stipulation, the parties now move to reset the dispositional hearing to April 12, 2013 at 1:30 p.m. before the Hon. Barbara A. McAuliffe;

    IT IS SO STIPULATED.

DATED: April 9, 2013              /s/ Laurel J. Montoya
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney

DATED: April 9, 2013              /s/ Robert Lamanuzzi
                                    ROBERT LAMANUZZI
                                    Attorney for Defendant

O R D E R

IT IS SO ORDERED.

Dated:   **April 9, 2013**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE